IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAX BAZERMAN, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Case No.: 1:17-CV-11297-MBB |

**PLAINTIFF'S MOTION TO CONTINUE THE JULY 27, 2017
STATUS CONFERENCE**

　　　1.　　Plaintiff Max Bazerman ("Plaintiff") filed this class action complaint on July 13, 2017. (ECF No. 1).

　　　2.　　Under Federal Rule of Civil Procedure 4(m), Plaintiff is due to serve Defendant American Airlines, Inc. ("Defendant") with the summons and complaint in this action by no later than October 11, 2017.

　　　3.　　A Status Conference is currently scheduled for July 27, 2017 at 2:15 PM. (ECF No. 8).

　　　4.　　While Plaintiff intends to serve Defendant expeditiously, service on Defendant has not yet been completed, and will not be completed before July 27, 2017. Accordingly, Defendant will not have appeared in the action by July 27, 2017, and will not be available to attend a July 27, 2017 Status Conference.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Status Conference until after the Defendant has been served with the summons and complaint and has appeared in the action.

Respectfully submitted,

Dated: July 19, 2017

s/ Benjamin Edelman
Benjamin Edelman

Benjamin Edelman (BBO #663528)
LAW OFFICES OF BENJAMIN EDELMAN
169 Walnut Street
Brookline, MA 02445
Tel:    (617) 297-7360

Linda M. Dardarian (*pro hac vice*)
ldardarian@gbdhlegal.com
Byron Goldstein (*pro hac vice*)
brgoldstein@gbdhlegal.com
Raymond Wendell (*pro hac vice*)
rwendell@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:    (510) 763-9800
Fax:    (510) 835-1417

Attorneys for Plaintiff and the Proposed Class

684272.2

1

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated on the NEF as non-registered participants on July 19, 2017.

                                          s/ Benjamin Edelman
                                          Benjamin Edelman