IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAX BAZERMAN, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 1:17-CV-11297-WGY |

### MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES

Pursuant to Local Rule 7.1(b)(3) of the Local Rules of this District, Plaintiff Max Bazerman hereby moves for leave to file a reply in support of his Motion for Attorneys' Fees, Costs, and Expenses, attached hereto as Exhibit A.

Respectfully submitted,

Dated: February 11, 2019

*/s/ Linda M. Dardarian*
Linda M. Dardarian (*pro hac vice*)
ldardarian@gbdhlegal.com
Byron Goldstein (*pro hac vice*)
brgoldstein@gbdhlegal.com
Raymond Wendell (*pro hac vice*)
rwendell@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Benjamin Edelman (BBO #663528)
LAW OFFICES OF BENJAMIN EDELMAN
169 Walnut Street
Brookline, MA 02445
Tel:   (617) 297-7360

Attorneys for Plaintiff and the Proposed Class

1

722936.2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated on the NEF as non-registered participants on February 11, 2019.

                                                          */s/ Linda M. Dardarian*
                                                          Linda M. Dardarian

722936.2